IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:22-cv-00408

| | | |
|---|---|---|
| DOUGLAS BALLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| FAYETTEVILLE STATE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | | |

NOW COMES Plaintiff Douglas Ballard, by and through undersigned counsel

of record and pursuant to Rule 41(a)(1)(A)(i), and hereby dismisses this action in its

entirety with prejudice.


This the 21st day of February, 2023.

OSBORN GAMBALE BECKLEY & BUDD
PLLC

BY: _____

JOSEPH D. BUDD
N.C. Bar No. 44263
721 W. Morgan St.
Raleigh, North Carolina 27603
joe@counselcarolina.com
919.373.6422
Facsimile: 919.578.3733

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

Jeremy D. Lindsley
114 W. Edenton Street
P.O. Box 629
Raleigh, North Carolina 27602
jlindsley@ncdoj.gov
*Attorneys for Defendant Duke University Health System, Inc.*

This the 21st day of February, 2023.

BY: /s/JOSEPH D. BUDD
JOSEPH D. BUDD
N.C. Bar No. 44263
OSBORN GAMBALE BECKLEY & BUDD PLLC
721 W. Morgan Street
Raleigh, North Carolina 27603
joe@counselcarolina.com
T:   919.373.6422
F:   919.578.3733

2